441 A.2d 793

Commonwealth v. Young, Appellant.

Before SPAETH, POPOVICH and MONTGOMERY, JJ.

The judgment of sentence is hereby affirmed.